141 So. 925

**David SANDLIN v. STATE.**
**6 Div. 317.**

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Affirmed.

146 So. 925

**Bell SAVAGE v. STATE.**
**8 Div. 701.**

Court of Appeals of Alabama.
Feb. 28, 1933.

RICE, Judge.
Affirmed.

139 So. 922

**Charlie B. SAVAGE v. STATE.**
**8 Div. 345.**

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.

146 So. 925

**John SAWYER v. STATE.**
**4 Div. 925.**

Court of Appeals of Alabama.
Feb. 7, 1933.

SAMFORD, Judge.
Appeal dismissed.

141 So. 925

**Wallace SAWYER v. STATE.**
**I Div. 53.**

Court of Appeals of Alabama.
April 12, 1932.

BRICKEN, P. J.
Appeal dismissed.

139 So. 922

**Ray SCOTT v. CITY OF ANNISTON.**
**7 Div. 882.**

Court of Appeals of Alabama.
Jan. 19, 1932.

SAMFORD, J.
Appeal dismissed.

142 So. 925

**Ray SCOTT v. STATE.**
**7 Div. 918.**

Court of Appeals of Alabama.
June 14, 1932.

BRICKEN, P. J.
Affirmed.

139 So. 922

**Belt SCRUGGS v. Bennett PENTON.**
**5 Div. 859.**

Court of Appeals of Alabama.
Jan. 12, 1932.

Felix L. Smith, of Rockford, for appellant.
John A. Darden, of Goodwater, for appellee.

RICE, J.
Affirmed.